**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **MONICA ABBOUD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br><br>**HAUS OF SKIN AESTHETICS LLC**<br><br>*Defendant.* | CASE NO. 4:24-cv-00102<br><br>**CLASS ACTION**<br><br>**DEMAND FOR JURY TRIAL** |

**ENTRY OF APPEARANCE**

Kindly enter my appearance as attorney for Plaintiff in the above-captioned matter.

RESPECTFULLY SUBMITTED AND DATED this January 11, 2024.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong (S.D. Tex. # 3865285)
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff*