UNITED STATES DISTRICT COURT
for the
Southern District of Texas

**MONICA ABBOUD, individually and on behalf of all others similarly situated**

*Plaintiff*

v.

**HAUS OF SKIN AESTHETICS LLC**

*Defendant*

Civil Action No. 4:24-cv-00102

## AFFIDAVIT OF SERVICE

I, Vanessa Medina-Flores, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on January 11, 2024, at 3:12 pm. I delivered these documents to Haus of Skin Aesthetics LLC in Williamson County, TX on January 12, 2024 at 10:58 am at 9900 Spectrum Drive, Austin, TX 78717 by leaving the following documents with Liam (refused last name) who as Security/Intake Specialist at United States Corporation Agents, Inc. is authorized by appointment or by law to receive service of process for Haus of Skin Aesthetics LLC.

Summons in a Civil Action, Class Action Complaint and Demand for Jury Trial, and Civil Cover Sheet

White Male, est. age 25-34, glasses: N, Red hair, 240 lbs to 260 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=30.4812137,-97.7719576
Photograph: See Exhibit 1

My name is Vanessa Medina-Flores, my date of birth is 6/21/1985, and my address is 1600 Goddard Bluff Dr, Austin, TX 78754, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Travis County, TX on 1/13/2024.

/s/ *Vanessa Medina-Flores*

Vanessa Medina-Flores
+1 (512) 814-5728
Certification Number: PSC-22380
Expiration Date: 3/31/2025



