IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **MONICA ABBOUD,** individually and on behalf of all others similarly situated,<br><br>      *Plaintiff*,<br><br>v.<br><br><br>**HAUS OF SKIN AESTHETICS LLC**<br><br>      *Defendant.* | **CASE NO.** 24-cv-102 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

          MONICA ABBOUD,
          By her attorney

By: */s/ Anthony Paronich*
     Anthony Paronich
     **Paronich Law, P.C.**
     350 Lincoln St, Suite 2400
     Hingham, MA 02043
     Phone: (617) 485-0018
     Fax: (508) 318-8100
     anthony@paronichlaw.com


     Attorney for Plaintiffs

Dated: February 22, 2024

Case 4:24-cv-00102   Document 7   Filed on 02/22/24 in TXSD   Page 2 of 2