United States District Court
Southern District of Texas
**ENTERED**
February 22, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Monica Abboud, § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | Civil Action No. H-24-0102 |
| Haus of Skin Aesthetics LLC, § | |
| § | |
| Defendant. § | |

## ORDER

On February 22, 2024, Plaintiff, Monica Abboud, filed a Notice of Voluntary Dismissal without Prejudice (docket no. 7) stipulating to the voluntary dismissal of this action against Defendant, Haus of Skin Aesthetics LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Accordingly, this Court accepts the stipulation and this action is hereby **DISMISSED WITHOUT PREJUDICE** against refiling the same.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 22nd day of February, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE